# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | SA 16-061M | **Date** | September 21, 2016 |
| **Title** | United States of America v. Nabil Sanchez | | |

**Present: The Honorable**  Douglas F. McCormick

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Nancy Boehme | CS 09/21/16 |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| Lawrence Kole | Shashi Kewalramani |

**Proceedings:**   (In Chambers) Order of Detention

Defendant appeared in Court on a writ of habeas corpus ad prosequendum issued by this Court to the Central California Women's Facility in Chowchilla, California. The government's request for detention is GRANTED in light of the Defendant's remaining state-prison sentence. The Court has not undertaken to analyze whether detention is warranted under the Bail Reform Act of 1984. When Defendant completes her state-prison sentence, the Court will consider that issue on a motion for review of this order.

                                                                     :
                                            Initials of Preparer   nkb